**Opinion issued February 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00861-CV

_____

## IN THE MATTER OF C.M.R., A CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-01550J**

---

Appellant, C.M.R., has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.